IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00392-PAB-MJW

ADP, Inc.,

Plaintiff(s),

v.

NATIONAL MERCHANT ALLIANCE, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Unopposed Notice of Withdrawal of Motion to Invoke Agreed Protective Order (Docket No. 12) is granted, and thus the Motion to Invoke Agreed Protective Order (Docket No. 8) is deemed withdrawn as moot.

Date: July 20, 2012